**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE LUIS ALBERTO-CANACA, | No. 10-70968 |
| Petitioner, | Agency No. A097-315-383 |
| v. | MEMORANDUM* |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 13, 2012**

Before:     CANBY, TROTT, and W. FLETCHER, Circuit Judges.

Jose Luis Alberto-Canaca, a native and citizen of Honduras and a resident of

El Salvador, petitions pro se for review of the Board of Immigration Appeals'

("BIA") order denying his motion to reconsider. Our jurisdiction is governed by

8 U.S.C. § 1252. We review for an abuse of discretion the BIA's denial of a

---

     *     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

     **     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

motion to reconsider and review de novo claims of due process violations. *Cano-Merida v. INS*, 311 F.3d 960, 964 (9th Cir. 2002). We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Alberto-Canaca's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior order. *See* 8 C.F.R. § 1003.2(b)(1).

We lack jurisdiction to review any challenge Alberto-Canaca makes to the BIA's underlying order dismissing his appeal from the immigration judge's decision, because this petition is not timely as to that order. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1258 (9th Cir. 1996) (BIA's underlying order is final when issued, irrespective of the filing of a reconsideration motion, and petitioner must seek judicial review of the order within the specified period).

Finally, in light of the foregoing, Alberto-Canaca's contention that the agency violated his due process rights is unavailing.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**